UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LORRAINE MARIE CRUMP,**  **CIVIL ACTION**
    **Plaintiff**

**VERSUS**  **NO. 16-14930**

**SOCIAL SECURITY ADMINISTRATION,**  **SECTION: "E"**
    **Defendant**

## ORDER

Before the Court are Plaintiff Lorraine Crump's[1] and Defendant Social Security Administration's[2] cross-motions for summary judgment. This matter was referred to the United States Magistrate Judge, who issued his Report and Recommendation on September 21, 2017.[3] The period for objections ended on October 5, 2017, with no objections having been filed. The Court, having considered the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation finds the magistrate judge's findings of fact and conclusions of law are correct and hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Lorraine Crump's motion for summary judgment[4] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Social Security Administration's motion for summary judgment[5] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed with prejudice.

**New Orleans, Louisiana, on this 6th day of October 2017.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 17.
[2] R. Doc. 19.
[3] R. Doc. 23.
[4] R. Doc. 17.
[5] R. Doc. 19